IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MORRIS WORTHINGTON, | |
| Plaintiff, | **8:18CV369** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | **ORDER** |
| Defendant. | |

COMES NOW, upon review of the Parties' Notice of Dismissal Without Prejudice, the Court hereby approves the Parties' request that the instant matter be dismissed without prejudice.  The Clerk is hereby directed to mark the matter as being dismissed.

SO ORDERED.

Dated this 25th day of October, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge